**Thomas GREEN, Plaintiff—Appellant,**

v.

**Gwen T. HYATT, Defendant—Appellee.**

**No. 10–1303.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 25, 2010.

Thomas Green, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Green appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice Green's 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Hyatt*, No. 4:09–cv–02573–TLW, 2010 WL 597203 (D.S.C. Feb. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*